UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL ROTHSTEIN, et al.,

                Plaintiffs,                      Case No. 08 CV 4414

    -against-                                    **Affidavit of Service**

UBS AG,

                Defendant.

---

STATE OF NEW YORK , COUNTY OF NEW YORK      ss.:

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at New York, New York

That on 29th day of May, 2008, at approximately 1:03 p.m., deponent served the within: **SUMMONS & COMPLAINT** upon

{A}[ ]    **PERSONAL SERVICE ON INDIVIDUAL:** defendant, by delivering a true copy to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

{B}[X]    **PERSONAL SERVICE ON CORPORATION:** a corporation, by delivering thereat a true copy to Lazo Herlis personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be a **paralegal** thereof.

{C}[ ]    **ALTERNATIVE METHOD (SUITABLE AGE PERSON)** By delivering thereat a true copy to a person of suitable age and discretion, who acknowledged receipt of the papers.

        Deponent also enclosed a copy of same in a postpaid sealed plain wrapper, properly addressed to      on marked "personal & confidential"

*Description*

[x] male [ ] female [x] white skin [ ] black skin [ ] yellow skin [ ] brown skin [ ] red skin [ ]Hispanic
[x] black hair [ ] brown hair  [ ] blond hair [ ] gray hair [ ] red hair [] white hair [ ] balding [] mustache
[ ] beard [ ] glasses [ ] 14-20 yrs [ ] 21-35 yrs [ ] 36-45 yrs [x] 46-50 yrs
[ ] 51-65 yrs [ ] over 65 yrs [ ] under 5' [ ] 5'0"-5'3"
[ ] 5'4"-5'8" [x] 5'9"-6'0" [ ] under 100 lbs [ ] 100-130 lbs
[ ] 131-160 lbs [x] 161-200 lbs [ ] over 200 lbs

*Other identifying features:*

                                                                      Sean Alexander

Sworn to before me this
29th day of May, 2008

Notary Public

                        **INES FLORES**
            **Notary Public, State of New York**
                  No. 01FL1256260
               **Qualified in Bronx County**
          **Commission Expires April 30, 2011**