JONATHAN ROSENBERG
DANIEL L. CANTOR
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061
jrosenberg@omm.com
dcantor@omm.com

Attorneys for Defendant
  UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL ROTHSTEIN, *et al.*,<br><br>    Plaintiffs,<br><br>  -against-<br><br>UBS AG,<br><br>    Defendant. | No. 08-cv-4414 (JSR)<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

    Please enter the appearance of Daniel L. Cantor of O'Melveny & Myers LLP as counsel for defendant UBS AG in the above-captioned case.

Dated: New York, New York
    June 18, 2008

            Respectfully submitted,

            O'MELVENY & MYERS LLP

            By: /s/ Daniel L. Cantor
              Jonathan Rosenberg
              Daniel L. Cantor
              O'Melveny & Myers LLP
              7 Times Square
              New York, New York  10036
              Telephone:  (212) 326-2000
              Facsimile:   (212) 326-2061
              jrosenberg@omm.com
              dcantor@omm.com