JONATHAN ROSENBERG
DANIEL L. CANTOR
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061
jrosenberg@omm.com
dcantor@omm.com

Attorneys for Defendant
  UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL ROTHSTEIN, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> UBS AG, <br><br> Defendant. | No. 08-cv-4414 (JSR) <br><br> Electronically Filed <br><br> **NOTICE OF APPEARANCE** |

       Please enter the appearance of Jonathan Rosenberg of O'Melveny & Myers LLP as counsel for defendant UBS AG in the above-captioned case.

Dated: New York, New York
       June 18, 2008

                        Respectfully submitted,

                        O'MELVENY & MYERS LLP

                        By:     /s/ Jonathan Rosenberg
                              Jonathan Rosenberg
                              Daniel L. Cantor
                              O'Melveny & Myers LLP
                              7 Times Square
                              New York, New York  10036
                              Telephone:  (212) 326-2000
                              Facsimile:   (212) 326-2061
                              jrosenberg@omm.com
                              dcantor@omm.com

Case 1:08-cv-04414-JSR    Document 5    Filed 06/18/2008    Page 2 of 2