O'MELVENY & MYERS LLP
Jonathan Rosenberg
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Attorneys for Defendant UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN GOLDBERG, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> UBS AG, <br><br> Defendant. | No. 08-cv-4414 (JSR) <br><br> Electronically Filed <br><br> **DEFENDANT'S RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UBS AG states that it is a publicly-owned corporation, it has no parent corporation, and no publicly-held corporation owns, directly or indirectly, 10% or more of UBS AG's stock.

Dated: New York, New York
       July 2, 2008

O'MELVENY & MYERS LLP

*/s/ Jonathan Rosenberg*
Jonathan Rosenberg
Daniel L. Cantor

Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000
jrosenberg@omm.com
dcantor@omm.com

Attorneys for Defendant UBS AG