O'MELVENY & MYERS LLP
Jonathan Rosenberg
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Defendant UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL ROTHSTEIN, *et al.*,<br><br>            Plaintiffs,<br><br>    -against-<br><br>UBS AG,<br><br>            Defendant. | No. 08-cv-4414 (JSR)<br><br>Electronically Filed<br><br>**NOTICE OF<br>DEFENDANT'S MOTION<br>TO DISMISS THE COMPLAINT** |

      PLEASE TAKE NOTICE that upon the Complaint in this action; the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint; the Declaration of Daniel L. Cantor, Esq., dated July 2, 2008, and the exhibits attached thereto; the arguments of counsel; all matters of which the Court may take judicial notice; and such other matters as may be presented at the hearing on this Motion or prior to the Court's decision, defendant UBS AG ("UBS") will move this Court, before the Honorable Jed S. Rakoff, in Courtroom 14B of this Court, located at 500 Pearl Street, New York, New York, 10007, on August 11, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York  
      July 2, 2008

O'MELVENY & MYERS LLP

/s/ Jonathan Rosenberg
Jonathan Rosenberg
Daniel L. Cantor

Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
jrosenberg@omm.com
dcantor@omm.com

Attorneys for Defendant UBS AG

2