O'MELVENY & MYERS LLP
Jonathan Rosenberg
Daniel L. Cantor
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

Attorneys for Defendant UBS AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL ROTHSTEIN, *et al.*,<br><br>               Plaintiffs,<br><br>          -against-<br><br>UBS AG,<br><br>               Defendant. | No. 08-cv-4414 (JSR)<br><br>Electronically Filed<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UBS AG states that it is a publicly-owned corporation, it has no parent corporation, and no publicly-held corporation owns, directly or indirectly, 10% or more of UBS AG's stock.

Dated: New York, New York
       July 2, 2008

O'MELVENY & MYERS LLP

*/s/ Jonathan Rosenberg*
Jonathan Rosenberg
Daniel L. Cantor

Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000
jrosenberg@omm.com
dcantor@omm.com

Attorneys for Defendant UBS AG